WR-62,099-05
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 4/20/2015 12:00:00 AM
Accepted 4/20/2015 8:18:35 AM
ABEL ACOSTA
CLERK

## IN THE COURT OF CRIMINAL APPEALS OF TEXAS
## IN AUSTIN, TEXAS

**Ex parte Robert Lynn Pruett,**

**Applicant**

**Cause No. _____**

## MOTION FOR LEAVE TO APPEAR

**TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:**

Undersigned counsel represents David R. Dow in proceedings before this Court. As the Court is aware, Dow represents Robert Lynn Pruett who is scheduled to be executed on April 28, 2015. Dow is actively pursuing relief for Pruett and has filed two petitions for a writ of certiorari in the Supreme Court of the United States, one of which is still pending. *See Pruett v. Texas*, No. 14-8837 (U.S. filed Mar. 10, 2015). Dow intends soon to file a third petition for a writ of certiorari off an opinion handed down by the United States Court of Appeals for the Fifth Circuit on Friday, April 10, 2015. *See Pruett v. Stephens*, No. 15-70006 (5th Cir. Apr. 10, 2015). As this Court is aware, Dow has filed a petition for writ of prohibition on behalf of Pruett in this Court, and that petition is currently pending.

Dow has prepared a subsequent application for post-conviction writ of habeas corpus which he intends to file in the trial court pursuant to Article 11.073

of the Texas Code of Criminal Procedure on April 20, 2015.[1]  Once that document has been received by the trial court, Dow desires to file in this Court a motion for stay of execution pending the disposition of that application.  As the Court is aware, pursuant to the Court's order of January 14, 2015, Dow cannot practice in this Court on behalf of the clients he represented on that day (of which Pruett is one) without first obtaining leave.  *In re Dow*, Nos. WR-61,939-01, WR-61,939-02, at \*3 (Tex. Crim. App. Jan. 14, 2015).  This Court previously granted Dow leave to appear on the petition for writ of prohibition filed on behalf of Pruett. Order, *In re Pruett*, No. WR-62,099-03 (Tex. Crim. App. Apr. 1, 2015).

Counsel therefore respectfully prays the Court grant Dow leave to appear to file motion to stay Pruett's execution and to appear in proceedings pursuant to the application for writ of habeas corpus once that document is forwarded to this Court by the trial court.

Respectfully submitted,

/s/ Casie L. Gotro
Casie L. Gotro
State Bar No. 24048505
440 Louisiana, Suite 800
Houston, Texas 77002
Office: 832-368-9281
Fax: 832-201-8273
Email: Casie.Gotro@gmail.com

---

[1] This is a separate pleading from the application for which a motion to appear was filed on April 16 and which was filed in the trial court on April 17.

Nicole DeBorde
TBN: 00787344
712 Main St., Suite 2400
Houston, Texas 77002
Office: 713-526-6300
Fax: 713-228-0034
Email: Nicole@debordelawfirm.com

Attorneys for David Dow

## CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2014, a copy of the foregoing motion was served on counsel for the State, Melinda Fletcher, via email to mfletcher@sputexas.org.

/s/ Casie L. Gotro
Casie L. Gotro